JMR(SJD)/2015R00918

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 17- 287 (JHR) |
| v. | : | |
| ERIC ZIEGLER | : | 18 U.S.C. § 2252A(a)(2), |
| | | 18 U.S.C. § 2252A(a)(5), and |
| | : | 18 U.S.C. § 2 |
| | : | Forfeiture – 18 U.S.C. § 2253 |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the Acting United States Attorney for District of New Jersey charges:

### Count 1
### [18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) – Receipt of Child Pornography]

From in or about February 2015 to on or about December 3, 2015, in Gloucester County, in the District of New Jersey, and elsewhere, defendant

### ERIC ZIEGLER

did knowingly receive more than 3 images of child pornography, as defined in Title 18, United States Code, Section 2256(8); to wit, digital images and digital video files obtained from the Internet, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) and Title 18, United States Code, Section 2.

1

## COUNT 2
### [18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) – Possession of Child Pornography]

From in or about July 2015 to on or about December 3, 2015, in Gloucester County, in the District of New Jersey, and elsewhere, defendant

ERIC ZIEGLER

did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A); to wit, digital images and digital video files containing visual depictions of Jane Does #1 to #4 and #6, prepubescent females, and Jane Doe #5, a minor female, engaged in sexually explicit conduct, that was, the lascivious exhibition of the genitals and pubic area in the Defendant's bathroom, that was produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2), and Title 18, United States Code, Section 2.

2

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2. Pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3), upon conviction of any offense in violation of Title 18, United States Code, Section 2252A, the defendant, ERIC ZIEGLER, shall forfeit to the United States of America any property, real or personal, used or intended to be used to commit or promote the commission of the offenses of conviction, including but not limited to the following items that were seized from the defendant on December 3, 2015 and December 16, 2015:

   a. Any visual depiction of child pornography images;
   b. Corsair desktop computer, serial number 148015148806;
   c. PanTech/Verizon cellphone with 2GB micro SD Card S/N 123300507395
   d. Case of DVD's
   e. Stack of DVD's
   f. Box of Boot leg DVD's
   g. Boot leg X-Box 360 Games
   h. Bootleg X Box 360 Games
   i. Home Alone Bootleg DVD
   j. Star Wars Return of Jedi Bootleg DVD
   k. Boot leg DVD's "H-N"
   l. Twenty 27 bootleg X – Box 360 games
   m. Nine CDs
   n. Bootleg DVD's
   o. Bootleg DVD labeled "o-z"
   p. Bootleg DVD labeled "A-G"
   q. Bootleg DVD's
   r. Stack of Bootleg DVD's
   s. PlayStation Camera S/N A90255714

All pursuant to Title 18, United States Code, Section 2253.

                                          _____
                                          WILLIAM E. FITZPATRICK
                                          Acting United States Attorney

4

CASE NUMBER: 17-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

ERIC ZIEGLER

INFORMATION FOR
18 U.S.C. § 2252A(a)(2)(A)
18 U.S.C. §2252A(a)(5)(B)
18 U.S.C. § 2
Forfeiture - 18 U.S.C. §2253

WILLIAM E. FITZPATRICK
ACTING U.S. ATTORNEY, NEWARK, NEW JERSEY

JASON M. RICHARDSON
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
(856) 757-5026

USA-48AD8
(Ed. 1/97)