UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                  Proceeding Date: December 12, 2017

**JUDGE JOSEPH H. RODRIGUEZ**

Court Reporter: Karen Friedlander

**TITLE OF CASE:**                              **DOCKET NO.** 17-287 (JHR)
**UNITED STATES OF AMERICA**
         v.
**ERIC ZIEGLER**
         DEFENDANT PRESENT

**APPEARANCES:**
Jason M. Richardson, AUSU for Government
Bruce K. Warren, Esquire for Defendant
Tom Leakan, U.S. Probation

**NATURE OF PROCEEDINGS:**    SENTENCE
On a two count information
Elliot Atkins sworn for defense.
**SENTENCE:** Imprisonment for a term of 180 months, on each of counts 1 & 2, sentence to run concurrently.
**SPECIAL ASSESSMENT:** $200.00
**SUPERVISE RELEASE:** for a term of Life, on counts 1 & 2, all such terms to run concurrently, with special conditions
**FINE:** Waived
**RESTITUTION:** in the amount $215,000.00
Defendant advised of his right to appeal.
Court recommends that the defendant be placed in a facility as near as possible to his home address.
Forfeiture will be ordered and the Court will await for counsel to submit an order.
Ordered defendant remanded to the custody of the U.S. Marshal.

                                    s/Dave Bruey
                                    **DEPUTY CLERK**

Time Commenced: 11:05 AM      Time Adjourned  1:05 PM     Total time: 2 hours